

May 21, 2024

Hon. Judge Robyn F. Tarnfosky
United States Magistrate Judge
United States Courthouse
40 Foley Square,
New York, NY 10007

RE: **KARIM v. BERRICLE, LLC**
**DOCKET NO. 1:24-cv-3005**

Dear Judge Tarnofsky:

    The undersigned represents Jessica Karim, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

    The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties thirty (30) days to finalize settlement.

    Thank you for your time and consideration on this matter.

                                                        Respectfully,

                                                        Gabriel A. Levy